UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :   Criminal No. 09-818 (DRD)

v.   :

ALEX GARCIA   :   O R D E R

Upon application of the United States Attorney for the District of New Jersey (by Lakshmi Srinivasan Herman, Assistant United States Attorney), for an order unsealing the docket sheet, the Indictment, and all related papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 14th day of January, 2010,

ORDERED that the Sealing Order previously entered in the above-captioned matter is no longer in effect; and it is further

ORDERED that the docket sheet, the Indictment, and all related papers in the above-captioned matter be UNSEALED.

HON. DICKINSON R. DEBEVOISE
United States District Judge